| | |
|---|---|
| 1 | Simon Moshkovich, Esq. (SBN 323584) |
| 2 | **MERCER LEGAL GROUP** |
|   | 21031 Ventura Blvd., #103 |
| 3 | Woodland Hills, CA 91364 |
| 4 | Tel: (818) 538-3458 |
|   | Fax: (818) 538-3263 |
| 5 | simon@lawmercer.com |
| 6 | Attorney for Plaintiff |
| 7 | **RICHARD HOLGUIN** |
| 8 | Joseph A. Lara (SBN 303802) |
| 9 | Peyton M. Jones (SBN 337268) |
|   | **JACKSON LEWIS P.C**. |
| 10 | 3390 University Avenue, Suite 110 |
| 11 | Riverside, CA 92501 |
|    | Telephone: (951) 848-7940 |
| 12 | Facsimile: (951) 848-0009 |
| 13 | Joseph.Lara@jacksonlewis.com |
|    | Peyton.Jones@jacksonlewis.com |
| 14 | |
| 15 | Attorneys for Defendant |
|    | **MCKESSON MEDICAL-SURGICAL INC.** |

JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD HOLGUIN, an individual, | Case No. **5:25-cv-02314-JFW-DTBx** |
| Plaintiff, | |
| v. | **ORDER DISMISSING CASE WITH PREJUDICE** |
| MCKESSON MEDICAL-SURGICAL INC., A VIRGINIA CORPORATION, | District Judge John F. Walter |
| | Magistrate Judge David T. Bristow |
| Defendants. | |

3

1 | Came on this day to be considered, Plaintiff RICHARD HOLGUIN and Defendant MCKESSON MEDICAL-SURGICAL INC.' Joint Stipulation of Dismissal with Prejudice.

It is HEREBY ORDERED that all claims and the entire action are HEREBY DISMISSED WITH PREJUDICE.

_____
District Judge John F. Walter